UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Shawn Williams,
    Plaintiff,

vs.

T. Davis,
    Defendant,

(Enter above the full name of the
Defendant(s) in this action.)

SCANNED at WVCF and Emailed on
2/3/21 by HM, 14 pages.
(date)  (initials)  (num)

Case No.: 2:21-cv-00079-JRS-DLP
(TO BE SUPPLIED BY THE CLERK)

**FILED**
**02/03/2021**
**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:
   Name: Shawn Williams
   Identification Number: 178128
   Address: P.O Box 1111
            Carlisle, IN 47838

B. Defendant(s)
   Name: T. Davis
   Title: IAU
   Address: P.O Box 1111
            Carlisle, IN 47838

   Name: _____
   Title: _____
   Address: _____

F-15                                          1

Name _____
Title _____
Address _____

_____

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II.   STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because pursuant to 28. U.S.C. §1331, which grants Federal district courts original jurisdiction over cases arising under the Constitution, laws, or treaties of the United States

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

## IV.   CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences what the defendant(s) did to violate your rights in that regard. If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

F-15                                                    2

Ground 1: First Amendment. Defendant violated Williams First Amendment of freedom to speech when Defendant not only opened Williams Attorney privileged Legal mail outside of Williams presence then Confiscating such privileged mail.

Ground 2: Eighth Amendment. Defendant violated Williams Eight Amendment when Defendant subjected Williams to cruel and unusual punishment by Confiscating Williams privileged Attorney mail causing Williams mental and Emotional distress.

Ground 3: Fourteenth Amendant. Defendant violated Williams Due process clause when Defendt failed to follow I.D.O.C Policy Concerning the protections of privileged Attorney mail sent to persons incerated within I.D.O.C holding facilities.

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

On 10/13/20 the Defendant violated Williams Due process by not following I.D.O.C policy when Williams privileged Attorney legal mail was opened outside of Williams prresence then Confiscated with just cause, and Williams was not even giving an option on what to do with such

confiscation. The Defendant does not have the right nore the authority to be inconsistant with I.D.O.C. policy and procedures. Defendant T. Davis can not confiscate non-legal mail unless it has been found to be tainted, not because something "appears" to be conteminated, therefor Legal mail such as privileged Attorney mail has more protections then non-legal mail. Defendant T. Davis was deliberately indifferent to Williams federally protected rights, by opening properly addressed Legal mail addressed to plaintiff outside of the presence of Williams, then confiscating and destroying Williams protected Mail.

F-15

4

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

Plaintiff seeks punitive damages as well as compensatory damages in favor of Williams in the amount just and proper as well as any Mental and Emotional damages plaintiff is entitled to recover.

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this 30th day of January, 2021.

_____
Plaintiff

F-15

5