UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHAWN WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 2:21-cv-00079-JRS-DLP |
| T. DAVIS, | ) ) ) |
| Defendant. | ) |

# FINAL JUDGMENT

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

The action is **dismissed with prejudice** pursuant to 28 U.S.C. § 1915A(b).

Date: 5/4/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

SHAWN WILLIAMS
178128
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838